# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **WESLEY MONROE #499102** | **CASE NO. 6:18-CV-00530 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 be **DENIED** and **DISMISSED WITH PREJUDICE**, consistent with the report and recommendation.

THUS DONE in Chambers on this 15th day of July, 2019.

Robert R. Summerhays
United States District Judge